IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| The Union Central Life Insurance Company, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv95 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Anchor Financial Services, LLC, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge J. Gregory Wehrman filed on June 15, 2010 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 7, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, The Clerk of Courts is **ORDERED** to enter a default against defendant Anchor Financial Services, LLC based upon its failure to properly appear in answer to the complaint filed against it, pursuant to Rule 55(a), Fed. R. Civ. P.

IT IS SO ORDERED.

   s/Susan J. Dlott   
Chief Judge Susan J. Dlott
United States District Court