IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Union Central Life Insurance, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:10cv95 |
| | : Chief Judge Susan J. Dlott |
| Anchor Financial Services, LLC, et. al, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge J. Gregory Wehrman filed on October 6, 2010 (Doc. 28), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 27, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, the answer is improperly filed by Defendant Mogul on behalf of Defendant Anchor Financial Services and is to be **STRICKEN** (Doc. 18).

Plaintiff's motion to strike the answer of Defendant Mogul (Doc. 21) is **DENIED**, to the extent that the Court accepts the late answer as if timely filed by Defendant Mogul alone;

Plaintiff's motion for default judgment (Doc. 23) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a.    Default Judgment is entered against Defendant Anchor Financial Services, LLC

        in the amount of $251,743.32 on Count I;

b.      Default Judgment against Defendant Mogul is **DENIED.**

IT IS SO ORDERED.


                                                                                                                             ___s/Susan J. Dlott_____
                                                                                                      Chief Judge Susan J. Dlott
                                                                                                      United States District Court