IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Union Central Life Insurance Company,        :
:
            Plaintiff(s),        :
:   Case Number: 1:10cv95
        vs.        :
:   Chief Judge Susan J. Dlott
Anchor Financial Services, LLC, et. al.,        :
:
         Defendant(s).        :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 17, 2011 a Report and Recommendations (Doc. 38). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 42) and plaintiff filed a reply to the objections (Doc. 43).  Plaintiff then filed a supplemental memorandum in support of the motion for summary judgment (Doc. 44).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion for summary judgment (Doc. 34) is **GRANTED** in part and summary judgment is **GRANTED** in plaintiff's favor on Counts I, II and III of the amended complaint.

IT IS SO ORDERED.

                    ___s/Susan J. Dlott_____
                    Chief Judge Susan J. Dlott
                    United States District Court