IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Union Central Life Insurance Company, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv95 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Anchor Financial Services, LLC, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 17, 2011 (Doc. 49), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 15, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, summary judgment is **GRANTED** in favor of plaintiff Union Central on Counts IV and V of plaintiff's amended complaint.

IT IS SO ORDERED.

                                                                                ___s/Susan J. Dlott_____
                                                                                Chief Judge Susan J. Dlott
                                                                                United States District Court